IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STRUBE, INC., ) <br> TAMMIE L. DALLMEYER AND CARL E. ) <br> DALLMEYER as Personal Representatives of the ) <br> ESTATE OF CRAIG E. DALLMEYER, AND ) <br> DONALD C. DALLMEYER ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. **13  7303** <br><br> Judge |

## NOTICE TO LODGE CONSENT DECREE AND REQUEST THAT THE COURT TAKE NO ACTION AT THIS TIME

Plaintiff, the United States of America, on behalf of the Administrator of the United States Environmental Protection Agency, is hereby lodging with the Court a proposed Consent Decree that will resolve the liability of Defendants Strube, Inc., Tammie L. Dallmeyer and Carl E. Dallmeyer as Personal Representatives of the Estate of Craig E. Dallmeyer, and Donald C. Dallmeyer for all claims in this action arising under Sections 107 and 113 of the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 ("CERCLA"), as amended, 42 U.S.C. §§ 9607 and 9613, for response costs incurred in connection with the release of hazardous substances at the Strube, Inc. Superfund Site in Lancaster County, Pennsylvania. Likewise, the proposed consent decree also resolves the potential CERCLA liability of the United States Department of Defense related to the Site.

**The United States requests that the Court not sign the proposed Consent Decree at this time.** Pursuant to Department of Justice regulations codified at 28 C.F.R. § 50.7, the United States is required to publish a notice in the Federal Register that the proposed Consent Decree has been lodged with the Court. The notice will solicit public comment for a period of thirty (30) days. During this public comment period, no action is required by the Court. After the close of the comment periods, the United States will evaluate any comments received and will request the Court to take appropriate action regarding the Consent Decree.

Respectfully submitted,

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

NATHANIEL DOUGLAS
Deputy Section Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice

Date: 12-13-13

JEFFREY K. SANDS
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 514-3908
Facsimile: (202) 616-6583

OF COUNSEL:

ROBIN E. EISEMAN
Senior Assistant Regional Counsel
U.S. EPA Region III
1650 Arch Street
Philadelphia, PA 19103